IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25CR229

UNITED STATES OF AMERICA )
)    **GOVERNMENT'S RESPONSE TO**
)    **MOTION TO DISMISS INDICTMENT**
)
MIGUEL ORTA-MARTINEZ )

The United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, respectfully responds to the defendant's Motion to Dismiss (Document 16). It appears that the United States will not be able to prove the defendant's guilt beyond a reasonable doubt on the sole count in the indictment (18 U.S.C. § 922(g)(5)(A) – unlawful possession of a firearm by an alien), and it will move to dismiss without prejudice the indictment. It also reserves its right to charge the defendant with other criminal violations.

RESPECTFULLY SUBMITTED this the 20th day of February 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY
/s/ Kenneth Smith
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
North Carolina Bar Number 17934
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
E-mail: Kenny.Smith@usdoj.gov