# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:25-CR-229-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **MIGUEL ANGEL ORTA-MARTINEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion to Dismiss the Bill of Indictment. (Doc. No. 19).

The Government's Motion to Dismiss is **GRANTED**, and the Bill of Indictment is **DISMISSED** without prejudice.

Defendant's own Motions to Dismiss, (Doc. Nos. 15, 16), are **TERMINATED** as **MOOT**.

**IT IS SO ORDERED**.

Signed: March 3, 2026

Max O. Cogburn Jr
United States District Judge

1